*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, McCOY, and MIZER
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Jalen R. HARRIS**
Hospital Corpsman Petty Officer Third Class (E-4), U.S. Navy
*Appellant*

**No. 202300256**

———————————

Decided: 30 April 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Eric A. Catto

Sentence adjudged 29 June 2023 by a special court-martial convened at Marine Corps Base Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for ten months, and a bad-conduct discharge.[1]

For Appellant:
*Commander Lindsay W. Pepi, JAGC, USN*

———

[1] Appellant was awarded 113 days of credit for the time he spent on restriction and in pretrial confinement, along with an extra ten days of judicially ordered credit per the plea agreement for a total credit of 123 days.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.